# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Alexander Patterson,<br><br>    Plaintiff<br>v.<br><br>Julio Calderin, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00784-JAD-VCF<br><br>**Order Granting Motion<br>to Voluntarily Dismiss and Closing Case**<br><br>[ECF Nos. 5, 8] |

    Plaintiff Jaysen Alexander Patterson brought this civil-rights action to challenge the Nevada Department of Corrections' refusal to allow her to practice her chosen Native American faith. On the same day that this Court entered its screening order,[1] it received Patterson's motion to voluntarily dismiss this case with prejudice as moot and relieve her of the obligation to pay a filing fee.

    Good cause appearing, IT IS HEREBY ORDERED that the motion for voluntary dismissal **[ECF No. 8] is GRANTED.** The order referring this case to the Court's Inmate Early Mediation Program is VACATED, and Patterson's application to proceed *in forma pauperis* **[ECF No. 5] is DENIED** as moot.

    IT IS FURTHER ORDERED that THIS CASE IS DISMISSED with prejudice, each side to bear its own fees and costs, and the Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

    Dated: March 5, 2020

                                                _____
                                                Jennifer A. Dorsey, U.S. District Judge

---

[1] ECF No. 6.